**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7103**

———————————

LOUIS A. CARTER, II,

Plaintiff - Appellant,

versus

OFFICERS OF THE ROXBURY CORRECTIONAL INSTI-
TUTE; D. ANGLE, Lieutenant; OFFICER MUNSON;
OFFICER NESTOR; OFFICER SIGLER,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
97-109-PJM)

———————————

Submitted:  October 23, 1997      Decided:  November 17, 1997

———————————

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Louis A. Carter, II, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Glenn William Bell, OFFICE OF THE ATTORNEY GEN-
ERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint and the order denying his motion for appointment of counsel. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carter v. Officers of Roxbury Corr. Inst.</u>, No. CA-97-109-PJM (D. Md. Apr 29, and Jul 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>